LARRY D. COMPTON
CHAPTER 13 TRUSTEE
400 D Street, Suite 210
Anchorage, AK 99501
Telephone (907) 276-6660
FAX (907) 258-3348

**FILED**

SEP 1 4 2010

CLERK
U.S. BANKRUPTCY COURT
By _____
    DEPUTY CLERK

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ALASKA

In re:

CARL C. NEVADA and,  )  Case no. A 05-00412 DMD
SUSAN H. NEVADA,     )  Chapter 13
                     )
      Debtor(s),     )
                     )

### REPORT OF UNCLAIMED MONIES

**TO THE HONORABLE DONALD MacDONALD IV, Bankruptcy Judge:**

**Comes now, Larry D. Compton, Chapter 13 Trustee, and respectfully represents:**

1. Having received money from the above captioned estate, and that on April 29, 2010 payment of dividend was made in the amount of $150.55.

2. Said check has not cleared the bank, and is now stale-dated.

THEREFORE, pursuant to Title 11, U.S.C. 347 (a), a negotiable instrument in the amount of $150.55 made payable to the "Clerk, U.S. Bankruptcy Court", for the unclaimed funds in the above-referenced estate is made for payment into the Registry of the Court. The name and address, so far as known, of the person entitled to a portion of said funds and the amount of their dividend is as follows:

| Creditor | Claim # | Amount |
|---|---|---|
| Adecco Employment Services<br>175 Broad Hollow Rd<br>Melville, NY 11747-8905 | 14 | $150.55 |

Dated this  6  day of September 2010.

_____, Trustee
Larry D. Compton
Chapter 13 Trustee

RECEIPT # 21248
FEE AMT. 150.55  INT. 09

| UNITED STATES BANKRUPTCY COURT For the District of Alaska | | PROOF OF CLAIM |
|---|---|---|
| In Re: Carl C. Nevada fdba Upstate Equipment and Supply | Case Number: | 05-00412 |

NOTE: This claim should not be used to make a claim for administrative expense after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to

| Creditor Name (Person of entity debtor owes) Address Line 1 Address Line 2 Address Line 3 City, ST ZIP | ADECCO EMPLOYMENT SERVICES, INC., 175 Broad Hollow Road Melville, New York 11747-8905 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach Copy of statement giving particulars. ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | **FILED** **MAY 3 1 2005** CLERK U.S. BANKRUPTCY COURT By _____ DEPUTY CLERK THIS SPACE IS FOR COURT USE ONLY |

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 020806-572958

Check here is this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe Briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security No. _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)       (date)

**2. Date Debt Incurred: (MMDDYY)** 071303
* See Summary
**3. If Court Judgment, Date Obtained:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecure nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
  Attach evidence of perfection of security interest
  Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
  Amount of arrearage and other charges at time case filed in secured claim above, if any $ _____

☒ UNSECURED NONPRIORITY CLAIM
  A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM-Specify the priority of the claim.
  ☐ Wages, salaries, or commissions (up to $4,650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business,
  ☐ Contribution to an employee benefit plan -11 U.S.C. § 507(a)(4)
  ☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(6)
  ☐ Taxes or penalties fo governmental units -11 U.S.C. § 507(a)(7)
  ☐ Other-Specify applicable paragraph of 11 U.S.C. § 507(a) _____

**5. AMOUNT OF CLAIM AT THE TIME CASE FILED:**
(Secured) _____ (Unsecured Nonpriority) 6292.56 (Unsecured Priority) _____
☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all payments that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclosed a stamped, self-addressed envelope and copy of this proof of claim.

Date: 5/25/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) Lois Como, Manager Credit Services Operations

Penalty for presenting fraudulent claim: Fine of up tl $500,00 of imprisonment for up to 5 years, or both.U.S.C. ss152 and 3571.

14